## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Alba v. City of New York    **Docket No.:** 25-2044

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Geoffrey Curfman

**Firm:** New York City Law Department

**Address:** 100 Church Street, New York, New York 10007

**Telephone:** 212-356-5043    **Fax:**

**E-mail:** gcurfman@law.nyc.gov

**Appearance for:** City of New York; Wlliam Garcia; Louis Molina; Carlos Pagan; Anthony Lall; Malvin Rodriguez; Chandradeo Etwaroo; Ruppert Mark
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Muriel Goode-Trufant / New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

**CERTIFICATION**

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

**Signature of Counsel:** /s/ Geoffrey E. Curfman

**Type or Print Name:** Geoffrey E. Curfman